UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH EARL WATSON,<br><br>    Petitioner,<br><br>    v.<br><br>RALPH DIAZ,<br><br>    Respondent. | Case No. 20-cv-06318-SI<br><br>**JUDGMENT** |

This action is dismissed because the petition for writ of habeas corpus was not filed before the expiration of the habeas statute of limitations period.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 30, 2021

_____
SUSAN ILLSTON
United States District Judge